# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00266-CR

**Billy Keith Mims, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
### NO. 5708, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's counsel has filed his fifth motion for extension of time to file appellant's brief. We grant the motion and ORDER counsel to file appellant's brief no later than March 3, 2014. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered. *See* Tex. R. App. P. 38.8(b).

It is ordered February 6, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose

Do Not Publish